THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Gregory Barnes, Appellant.
 
 
 

Appeal From Greenwood County
 D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2009-UP-542
 Submitted November 2, 2009  Filed
November 19, 2009    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor Jerry W.
 Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  John
 Gregory Barnes appeals his convictions for possession or attempt to possess
 methamphetamine and unlawful conduct to a child.  Barnes argues the trial court
 erred in denying his directed verdict motion and admitting evidence obtained
 pursuant to an invalid consent to search.  We affirm[1] pursuant to
 Rule 220(b), SCACR, and the following authorities:  
1. As to the
 directed verdict issue:  State v.
 Frazier, 375 S.C. 575, 581, 654
 S.E.2d 280, 283 (Ct. App. 2007) ("If there is any direct evidence or
 substantial circumstantial evidence reasonably tending to prove the guilt of
 the accused, an appellate court must find the case was properly submitted to
 the jury.").
2. As to the suppression of
 evidence issue:  State v. Wannamaker, 346 S.C. 495, 499, 552 S.E.2d 284, 286 (2001) (holding to
 preserve an issue regarding the admissibility of evidence, a contemporaneous
 objection must be made and failure to object when evidence is offered
 constitutes a waiver of the right to have the issue considered on appeal).
AFFIRMED.
HEARN,
 C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.